1

2

3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
4
AT TACOMA

5
JOSHUA N. REESE,                          CASE NO. C16-5311 BHS

6
                    Petitioner,            ORDER ADOPTING REPORT
7        v.                                AND RECOMMENDATION

8   DONALD HOLBROOK,

9                    Respondent.

10

11          This matter comes before the Court on the Report and Recommendation ("R&R")

12   of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court

13   having considered the R&R and the remaining record, and no objections having been

14   filed, does hereby find and order as follows:

15          (1)     The R&R is **ADOPTED**;

16          (2)     Petitioner's petition for habeas corpus is **DENIED** as untimely; and

17          (3)     A certificate of appealability is **DENIED**.

18          Dated this 3rd day of May, 2018.

19

20

     BENJAMIN H. SETTLE
21   United States District Judge

22

ORDER